UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAMES WONG, and his marital community,<br><br>Defendant. | **The Honorable James L. Robart**<br><br>NO. 2:24-cv-01577<br><br>**STIPULATED MOTION TO EXTEND CERTAIN PRETRIAL DEADLINES**<br><br>**NOTE ON MOTION CALENDAR:**<br>**October 23, 2025** |

The parties, by and through their respective counsel, jointly move the Court for an Order to Extend Certain Pretrial Deadlines. No prior request for an extension of the pretrial deadlines has been made. The request does <u>not</u> include a request to extend the dispositive motion deadline or the trial date.

Under Fed. R. Civ .P. 16, the case schedule may be extended where good cause exists and the delay is not caused by carelessness or less than reasonably diligent action. *Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604 (9th Cir. 1992). "A party demonstrates good cause for modifying a scheduling order by showing that, despite the exercise of due diligence, the scheduled deadlines cannot be met." *Henderson v. ABW Techs., Inc.,* 2009 U.S. Dist. LEXIS 9299, at *2 (W.D. Wash. Jan. 29, 2009) (citing *Zivkovic v. Southern Calif. Edison Co.*, 302 F.3d 1080, 1087-88 (9th Cir. 2002)).

Good cause exists here to modify certain pretrial deadlines. To date, the parties have

STIPULATED MOTION TO EXTEND CERTAIN
PRETRIAL DEADLINES - 1
2:24-cv-01577

Ryan, Swanson & Cleveland, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101-2668
206.464.4224

4930-4941-5541.1

worked diligently and cooperatively in moving this case forward. The claims in this action involve underlying facts in the related action *Walsh Construction Company II, LLC v. Pine Esker, LLC*, *et al.*, U.S. Bankruptcy Court for the Western District of Washington, Case No. 24-10088-CMA, Adv. Proc. No. 24-01010-CMA (the "Adversary Proceeding"). The parties have agreed to mediate the Adversary Proceeding and this lawsuit, which mediation is scheduled for October 29, 2025. If not settled at mediation, additional claims may need to be added in this action and additional discovery undertaken.

The parties seek to extend certain pretrial deadlines in the Court's Minute Order Setting Trial Dates and Related Dates (DKT 10) as follows:

| *Case Event* | *Current Deadline* | *Proposed Deadline* |
| --- | --- | --- |
| Deadline for motion to amend pleadings | September 29, 2025 | November 7, 2025 |
| Deadline to amend pleadings | October 28, 2025 | December 5, 2025 |
| Disclosure of expert testimony under FRCP 26(a)(2) | October 28, 2025 | January 9, 2026 |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | November 28, 2025 | December 19, 2025 |
| Discovery completed by | December 29, 2025 | January 23, 2026 |

The parties believe the above requested changes should permit them to potentially add claims and to address the issues that they anticipate will arise if the parties do not resolve their claims at the mediation.

Dated: October 23, 2025         RYAN, SWANSON & CLEVELAND, PLLC

*s/Britenae Pierce*
Britenae Pierce, WSBA No. 34032
401 Union Street, Suite 1500
Seattle, WA  98101

STIPULATED MOTION TO EXTEND CERTAIN
PRETRIAL DEADLINES - 2
2:24-cv-01577

Ryan, Swanson & Cleveland, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101-2668
206.464.4224

4930-4941-5541.1

(206) 464-4224  
pierce@ryanlaw.com  
*Attorneys for Plaintiff*

Dated: October 23, 2025                HOLMQUIST + GARDINER, PLLC

 s/Michelle F. So  
Hamilton H. Gardiner, WSBA No. 37827  
Michelle F. So, WSBA No. 46817  
1000 Second Avenue, Suite 1770  
Seattle, WA 98104  
(206) 438-9083  
hamilton@lawhg.net  
michelle@lawhg.net  
*Attorneys for Defendant*

STIPULATED MOTION TO EXTEND CERTAIN
PRETRIAL DEADLINES - 3
2:24-cv-01577

4930-4941-5541.1



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on the 23rd day of October, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

*s/Kimberly Paul*
Kimberly Paul, Legal Assistant
paul@ryanlaw.com

STIPULATED MOTION TO EXTEND CERTAIN
PRETRIAL DEADLINES - 4
2:24-cv-01577

Ryan, Swanson & Cleveland, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101-2668
206.464.4224

4930-4941-5541.1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAMES WONG, and his marital community,<br><br>Defendant. | The Honorable James L. Robart<br><br>NO. 2:24-cv-01577<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO EXTEND CERTAIN PRETRIAL DEADLINES<br><br>**NOTE ON MOTION CALENDAR:**<br>**October 23, 2025** |
|---|---|

THIS MATTER having come for consideration on the parties' Stipulated Motion to Extend Certain Pretrial Deadlines, and this Court having reviewed the Stipulated Motion and based on the files and records herein, and the Court being fully advised,

IT IS HEREBY ORDERED that the Stipulated Motion to Extend Certain Pretrial Deadlines is GRANTED. The new deadlines are as follows:

| *Case Event* | *New Deadline* |
|---|---|
| Deadline for motion to amend pleadings | November 7, 2025 |
| Deadline to amend pleadings | December 5, 2025 |
| Disclosure of expert testimony under FRCP 26(a)(2) | January 9, 2026 |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | December 19, 2025 |

[~~PROPOSED~~] ORDER GRANTING STIPULATED
MOTION TO EXTEND CERTAIN PRETRIAL
DEADLINES - 1

Ryan, Swanson & Cleveland, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101-2668
206.464.4224

4932-6260-4405.1

| Case Event | New Deadline |
|---|---|
| Discovery completed by | January 23, 2026 |

The dispositive motions deadline, and all other deadlines, are firm, shall remain as set forth in the Minute Order Setting Trial Dates and Related Dates, Dkt. 10, and will not be extended to accommodate an extended discovery period, unless otherwise modified by this Court. DATED this  27th  day of October 2025.

_____
The Honorable James L. Robart
United States District Judge

Presented by:

s/Britenae Pierce
Britenae Pierce, WSBA No. 34032
Ryan, Swanson & Cleveland, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101
(206) 464-4224
pierce@ryanlaw.com
*Attorneys for Plaintiff*

s/Michelle F. So
Hamilton H. Gardiner, WSBA No. 37827
Michelle F. So, WSBA No. 46817
Holmquist + Gardiner, PLLC
1000 Second Avenue, Suite 1770
Seattle, WA 98104
(206) 438-9083
hamilton@lawhg.net
michelle@lawhg.net
*Attorneys for Defendant*

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND CERTAIN PRETRIAL DEADLINES - 2

4932-6260-4405.1


Ryan, Swanson & Cleveland, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101-2668
206.464.4224

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on the 23rd day of October, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

*s/Kimberly Paul*
Kimberly Paul, Legal Assistant
paul@ryanlaw.com

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO EXTEND CERTAIN PRETRIAL
DEADLINES - 3

Ryan, Swanson & Cleveland, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101-2668
206.464.4224

4932-6260-4405.1